B6J (Official Form 6J) (12/07)

IN RE **ALAMO DELGADO, BERNARDO & AYALA SANCHEZ, EDIA IRIS**       Case No. **08-1128**
                                          Debtor(s)                                        (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 679.79 |
|     a. Are real estate taxes included?    Yes ___   No ✓ | |
|     b. Is property insurance included?    Yes ___   No ✓ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 86.99 |
|     b. Water and sewer | $ 22.00 |
|     c. Telephone | $ 38.00 |
|     d. Other  **Cellular** | $ 36.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 20.00 |
| 4. Food | $ 240.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 30.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ |
|     e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $ 774.22 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ **2,047.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**NONE**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I    $ **2,547.00**
    b. Average monthly expenses from Line 18 above    $ **2,047.00**
    c. Monthly net income (a. minus b.)    $ **500.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **ALAMO DELGADO, BERNARDO & AYALA SANCHEZ, EDIA IRIS**　　　　Case No. **08-1128**
　　　　　　　　　　　　　　　　　　　　Debtor(s)

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**
**Continuation Sheet - Page 1 of 1**

Other Expenses (DEBTOR)
| | |
|---|---:|
| **Gasoline** | **80.00** |
| **Barber/Beauty** | **30.00** |
| **SM-SSS PR-Deduction (Pension)** | **98.00** |
| **Retire Loan-Deduction (Pension)** | **264.80** |
| **AE-Seguro Por Muerte-Deduction (Pension)** | **3.50** |
| **AS-Asoc. Pensionados-Deduction (Pension)** | **2.00** |
| **SM-SSS PR Inc-Deduction (Spouse)** | **98.00** |
| **Retire Loan-Deduction (Spouse)** | **192.42** |
| **AE-Seguro Por Muerte-Deduction (Spouse)** | **3.50** |
| **AS-Asoc. Pensionados-Deduction (Spouse)** | **2.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE ALAMO DELGADO, BERNARDO & AYALA SANCHEZ, EDIA IRIS         Case No. 08-1128
                              Debtor(s)                                              (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**17**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 10, 2008**      Signature: */s/ BERNARDO ALAMO DELGADO*
                                         **BERNARDO ALAMO DELGADO**                                    Debtor

Date: **April 10, 2008**      Signature: */s/ EDIA IRIS AYALA SANCHEZ*
                                         **EDIA IRIS AYALA SANCHEZ**                          (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                  _____
                                                  (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only