IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: BERNARDO ALAMO DELGADO
EDIA IRIS AYALA SANCHEZ

Bkrtcy. No. 08-01128-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 28, 2008
Meeting Date: Apr 17, 2008
DC Track No. 12

Days from petition date: 49
Meeting Time: 11:00 AM

910 Days before Petition: 9/1/2005
Chapter 13 Plan Date: Feb 28, 2008 ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $30,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: May 20, 2008
Time: 8:30 AM

Payment(s) ☑ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $500.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☑ Joint Debtor Present ☑ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
PR Treasury
Doral
Hacienda

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00 Paid Pre-Petition: $246.00 Outstanding: $2,754.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: TBD
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Debtor needs to provide statement of all transfers made to insider two years prior to the filing of the petition. (daughter)

Trustee / Presiding Officer
Page 1 of 1
Date: Apr 17, 2008