# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | BERNARDO ALAMO DELGADO & EDIA IRIS AYALA SANCHEZ |
| **Case Number:** | 08-01128-SEK13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MAY 20, 2008 08:30 AM   COURTROOM 1 |
| **Bankruptcy Judge:** | SARA DE JESUS |
| **Courtroom Clerk:** | CARMINA ROSADO |
| **Reporter / ECR:** | ELSIE BADILLO |

## *Matters:*

1) *CONF* CONFIRMATION OF AMENDED PLAN DATED 5/13/08
   **R / M #:** 13 / 0

2) *OTCONF* OBJECTION TO CONFIRMATION OF PLAN FILED BY DORAL BANK
   **R / M #:** 11 / 0

## *Appearances:*

JAVIER VILARINO, ATTORNEY FOR JOSE RAMON CARRION MORALES, TRUSTEE
ROBERTO FIGUEROA CARRASQUILLO, ATTORNEY FOR BERNARDO ALAMO DELGADO, EDIA IRIS AYALA SANCHEZ - NOT PRESENT

## *Proceedings:*

THE OBJECTION TO CONFIRMATION WAS WITHDRAWN BY DORAL BANK (RE #11 & 14).

AMENDED PLAN DATED 5/13/08 (#13) WAS FAVORABLE RECOMMENDED BY TRUSTEE, IT WAS CONFIRMED, ORDER WILL BE ENTERED.