IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | Case No.: 08-01128-SEK |
|---|---|
| BERNARDO ALAMO DELGADO<br>EDIA IRIS AYALA SANCHEZ<br><br>Debtor(s). | Chapter 13 |

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

**PCM**: This is the Trustee's position regarding the request, **under 11 U.S.C. §1329**, for a post confirmation modification of a plan.

Debtor(s)' Income: Above Mediam / 60 months commitment period.    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$4,000.00**.    **R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,754.00    Fees paid: $2,754.00    Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **Aug 21, 2009.**    Plan Base: **$29,900.00.**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

☒ **FAILS DISPOSABLE INCOME TEST** [11 U.S.C. §1325(b)]:

☒ Debtor(s) fails to commit all future earnings / disposable income to fund the plan. [§1322(a)(1) & §1325(b)(1)(B)]
**As per last amended schedule J filed by on 4/10/08 docket #10, debtor reflects a Disposable Income of $500.00 and under new proposed plan debtor is offering to pay $200.00. Debtor must explain the reason of the decrease in monthly payments and or amend plan accordingly.**

Due to the above described deficiencies in the proposed modified plan the **Trustee Objects to the APPROVAL** of the same.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) via regular mail, to his address of record, and her/his/their attorney, via regular mail if not a ECFS registered user, and to all Creditors and Parties in Interest, who has filed a Notice of Appearance or requested to receive notices regarding the present case, to their respective address of record.

In San Juan, Puerto Rico this   **03rd,** day of September of 2009.

/S/ JOSE R. CARRION
_____
JOSE R. CARRION, CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535 Fax (787) 977-3550

MS